UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                      *Plaintiff,*<br><br>      v.<br><br>JAG MANAGEMENT COMPANY LLC,<br><br>                    *Defendant.* | Civil Action No. 23-CV-20809<br><br>**ORDER** |

      Before this Court is Plaintiff United States of America and Defendant JAG Management Company LLC's Joint Motion to Terminate Consent Order and Dismiss with Prejudice. Having carefully considered the Motion, the Court concludes that the requested relief is appropriate, and therefore, **GRANTS** the Motion. The Court hereby **TERMINATES** the Consent Order between the United States and Defendant. The Court **DISMISSES** this action **with prejudice**.

      **SO ORDERED.**

      Dated:  May **14th**, 2025.

                                            BY THE COURT:

                                            _____
                                            Renée Marie Bumb
                                            Chief United States District Judge